IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00117-ZLW-MJW

IVORY EPPERSON,

Plaintiff,

v.

GREAT PLAINS MOVING AND STORAGE,

Defendant.

## MINUTE ORDER

Before the court is the Defendant's Motion to Copy Plaintiff's Audiotape Submitted and Filed with Court (Docket No. 21). The court has reviewed that motion and plaintiff's response thereto (Docket No. 24) which provides no basis in law or in fact for the court not to provide defendant with a copy of the audiotape plaintiff filed with the court.

It is hereby **ORDERED** that the Defendant's Motion to Copy Plaintiff's Audiotape Submitted and Filed with Court (Docket No. 21) is granted as follows. The court has made a copy of the audiotape conventionally filed by the plaintiff on February 22, 2007 (see Docket No. 15). Defense counsel may obtain that copy from the Clerk's Office by requesting it at the front counter.

Date:   March 29, 2007