**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**  07-cv-00117-ZLW-MJW          FTR

**Date:**  May 7, 2007                                              Shelley Moore, Deputy Clerk

IVORY EPPERSON,                                            Pro se

                Plaintiff(s),

v.

GREAT PLAINS MOVING AND STORAGE,       Christopher L. Ottele

                Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**SETTLEMENT CONFERENCE**

**Court in Session 3:01 p.m.**

Court calls case.  Appearances of Pro se Plaintiff and Defendant's counsel.  Defendant's representative, Mike Berman, is present.

The Settlement Agreement is reviewed and placed on the record.

**ORDERED:**   The Settlement Agreement is approved.

**ORDERED:**   The Motion to Dismiss (document 26) is moot and therefore DENIED.

**ORDERED:**   Parties shall submit their Joint Stipulated Motion for Dismissal to Judge Weinshienk by **May 21, 2007**.

**ORDERED:**   All further hearings before Magistrate Judge Watanabe are VACATED.

**Court in Recess 3:06 p.m.**
Total In-Court Time 0:05, hearing concluded; Time spent in settlement conference 03:00

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.