IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-00117-ZLW-MJW

IVORY EPPERSON,

    Plaintiff,

v.

GREAT PLAINS MOVING AND STORAGE,

    Defendant.

_____

### ORDER
_____

    Upon review and in consideration of the Courtroom Minutes/Minute Order of Magistrate Judge Michael J. Watanabe filed May 7, 2007, it is

    ORDERED that the this case is held in abeyance pending the filing of settlement papers. It is

    FURTHER ORDERED that settlement papers shall be filed on or before May 21, 2007. If by that date settlement papers have not been received by the Court, on May 28, 2007, the case will be dismissed without prejudice.

    DATED at Denver, Colorado, this __10__ day of May, 2007.

                                      BY THE COURT:

                                      _____
                                      ZITA L. WEINSHIENK, Senior Judge
                                      United States District Court