IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-00117-ZLW-MJW

IVORY EPPERSON,

    Plaintiff,

v.

GREAT PLAINS MOVING AND STORAGE,

    Defendant.

_____

ORDER OF DISMISSAL
_____

    Pursuant to and in accordance with the Stipulation For Dismissal With Prejudice signed by the attorneys for the parties hereto.  In consideration thereof, it is

    ORDERED that the Complaint and cause of action are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to pay their own costs and attorneys' fees .

    DATED at Denver, Colorado, this   23   day of May, 2007.

                                             BY THE COURT:

                                             _____

                                             ZITA L. WEINSHIENK, Senior Judge
                                             United States District Court